United States District Court
Eastern District of Michigan
Southern Division

| | |
|---|---|
| SHAFIQ BALOCH,<br><br>and<br><br>AYESHA REHMAN,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>and<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendants. | Case No. 4:26cv12132<br><br>District Judge F. Kay Behm<br><br>Magistrate Judge Anthony P. Patti |

**ORDER FURTHER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND**

On September 10 and 16, 2026, this Court—through stipulated orders—extended the time for Defendants to answer or otherwise respond to the complaint. [ECF Nos. 10–11]. The Court also noted that no further extensions of time would be granted absent a showing of good cause. The parties have stipulated that they have—in good faith—been working cooperatively, communicating, and exchanging information to

resolve this case without judicial intervention and without additional litigation. Accordingly, good faith for an additional extension is present. Therefore, Defendants' responsive pleading deadline is extended 30 days from Tuesday, November 17, 2026; their new responsive pleading deadline is Thursday, December 17, 2026.

Counsel shall appear via Teams for a status conference on Thursday, December 10, 2026 at 10:15 a.m.

IT IS SO ORDERED.

Dated: November 10, 2026

/s/F. Kay Behm
F. Kay Behm
United States District Judge